# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DE LA FUENTE, CARLOS　　　　　§　　Case No. 06-04826
　　　　FUENTE, MARIA LA　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
Debtors　　　　　　　　　　　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ILENE F. GOLDSTEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,158.33 |
| *and approved disbursements of* | $ 43.39 |
| *leaving a balance of* | $ 25,114.94 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ILENE F. GOLDSTEIN | $ 3,265.72 | $ |
| Attorney for trustee | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 5,407.00 | $ 152.22 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Jodi E. Gimbel, P.C. | $ 1,015.00 | $ 76.85 |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,819.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.5 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 9,890.60 | $ 3,510.28 |
| 2 | Chase Bank | $ 17,679.82 | $ 6,274.75 |
| 3 | Chase Bank | $ 15,249.00 | $ 5,412.03 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | LVNV Funding LLC its successors and assigns as | $ 5,702.32 | $ 0.00 |
| 5 | LVNV Funding LLC its successors and assigns as | $ 3,104.03 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00 on 08/28/2009 in Courtroom B, United States Courthouse,
301 Greenleaf Avenue
Park City, IL 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  07/20/2009          By:  /s/ILENE F. GOLDSTEIN
                                               Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch               Page 1 of 1                  Date Rcvd: Jul 21, 2009
Case: 06-04826                Form ID: pdf006            Total Noticed: 25
```

The following entities were noticed by first class mail on Jul 23, 2009.
```
db/jdb       +Carlos De La Fuente,   Maria L De La Fuente,   1921 N Lewis Avenue #102,
               Waukegan, IL 60087-4773
aty          +Richard Mann,   78 pierce road,   highland park, IL 60035-5325
tr           +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
10715388     +Able Debt Settlement, Inc.,   2351 W. Northwest Hwy,   Suite 3355,   Dallas, TX 75220-8417
10715390      Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
10715389     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11409308      Chase Bank,   PO BOX 15145,   Wilmington, DE 19850-5145
10715391      Chase Cardmember Service,   PO Box 94010,   Palatine, IL 60094-4010
10715392     +Chase Manhattan Mortgage,   343 Thornall Street,   Edison, NJ 08837-2206
10715393      Citi Cards,   PO Box 688909,   Des Moines, IA 50368-8909
10715394     +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
10715395     +Citibank Usa,   Po Box 6003,   Hagerstown, MD 21747-6003
10715396     +Cons Coop Cu,   2750 Washington Pob 860 First Flr,   Waukegan, IL 60079-0860
10715397      Consumers Cooperative Credit Union,   PO Box 9119,   Waukegan, IL 60079-9119
10715400      Home Depot Credit Services,   Processing Center,   Des Moines, IA 50364-0600
10715401     +Hsbc/bstby,   Pob 6985,   Bridgewater, NJ 08807-0985
10715402      Illinois Collection Service Inc,   PO Box 646,   Oak Lawn, IL 60454-0646
10715403     +Monogram Bank N America,   Po Box 17054,   Wilmington, DE 19850-7054
10715404     +RMC Emergency Physicians,   520 E. 22nd Street,   Lombard, IL 60148-6110
10715405     +Rosemont Public Safety Dept.,   PO Box 457,   Wheeling, IL 60090-0457
10715406     +Visa Credit Card Services,   225 Chastain Meadows Ct,   Kennesaw, GA 30144-5841
```
The following entities were noticed by electronic transmission on Jul 22, 2009.
```
10715398      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 22 2009 08:17:41     Discover,   PO Box 30395,
               Salt Lake City, UT 84130-0395
10715399      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 22 2009 08:17:41     Discover Fin,   Pob 15316,
               Wilmington, DE 19850
11395523      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 22 2009 08:17:41
               Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany, OH 43054-3025
12093022      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
               Highland Park, IL 60035-3278
11414539*    +Chase Bank,   P O BOX 15145,   Wilmington, DE 19850-5145
                                                                                               TOTALS: 0, * 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 23, 2009**               **Signature:** *Joseph Speetjens*