# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 06-04826 |
| | ) | |
| Carlos and Maria De La Fuente | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JODI E. GIMBEL, P.C. ACCOUNTANTS FOR THE TRUSTEE

This matter coming to be heard upon the Final Application for Allowance of Compensation and Reimbursement of Expenses of Jodi E. Gimbel and Jodi E. Gimbel, P.C., accountants for the Trustee, seeking $1,015.00 as final compensation for 5.80 hours of accounting services rendered and reimbursement of expenses in the amount of $76.85, due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

Jodi E. Gimbel and Jodi E. Gimbel, P,C,, accountants for the Trustee is hereby awarded and the Trustee is directed to pay final compensation in the amount of $1,015.00 as final compensation for 5.80 hours of accounting services rendered and reimbursement of expenses in the amount of $76.85 for the actual, necessary and valuable professional services rendered to the Trustee as Final compensation.

Dated: __AUG 2 8 2009__    ENTER: _[signature]_
                            HON. A. Benjamin Goldgar

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave, Suite 200
Highland Park, Illinois 60035
(847) 926-9595