# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: DE LA FUENTE, CARLOS § Case No. 06-04826
      FUENTE, MARIA LA §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $254,224.00 |
| Total Distribution to Claimants: $15,200.08 | Claims Discharged Without Payment: $158,088.86 |
| Total Expenses of Administration: $9,960.18 | |

    3) Total gross receipts of $ 25,160.26 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,160.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $86,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,960.18 | 9,960.18 | 9,960.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 175,479.98 | 51,625.77 | 51,625.77 | 15,200.08 |
| **TOTAL DISBURSEMENTS** | $261,479.98 | $61,585.95 | $61,585.95 | $25,160.26 |

4) This case was originally filed under Chapter 7 on May 01, 2006.
. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/18/2009          By: /s/ILENE F. GOLDSTEIN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| TRUSTEE AVOIDING POWER | 1110-000 | 25,000.00 |
| Interest Income | 1270-000 | 160.26 |
| **TOTAL GROSS RECEIPTS** | | **$25,160.26** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Consumers Cooperative Credit Union | 4110-000 | 3,000.00 | N/A | N/A | 0.00 |
| Chase Manhattan Mortgage | 4110-000 | 83,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$86,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 3,265.72 | 3,265.72 | 3,265.72 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 5,407.00 | 5,407.00 | 5,407.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 152.22 | 152.22 | 152.22 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 1,015.00 | 1,015.00 | 1,015.00 |
| Jodi E. Gimbel,P.C. | 3420-000 | N/A | 76.85 | 76.85 | 76.85 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 21.44 | 21.44 | 21.44 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 21.95 | 21.95 | 21.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,960.18 | 9,960.18 | 9,960.18 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

Case 06-04826 Doc 63 Filed 11/18/09 Entered 11/18/09 09:48:22 Desc Main
Document Page 5 of 10

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/Discover Financial Services | 7100-000 | 9,308.26 | 9,890.60 | 9,890.60 | 3,510.97 |
| Chase Bank | 7100-000 | 17,601.00 | 17,679.82 | 17,679.82 | 6,276.00 |
| Chase Bank | 7100-000 | 13,378.97 | 15,249.00 | 15,249.00 | 5,413.11 |
| LVNV Funding LLC its successors and assigns as | 7200-000 | 4,722.58 | 5,702.32 | 5,702.32 | 0.00 |
| LVNV Funding LLC its successors and assigns as | 7200-000 | 3,104.00 | 3,104.03 | 3,104.03 | 0.00 |
| Citibank | 7100-000 | 5,702.00 | N/A | N/A | 0.00 |
| Illinois Collection Service Inc | 7100-000 | 963.00 | N/A | N/A | 0.00 |
| Hsbc/bstby | 7100-000 | 2,568.00 | N/A | N/A | 0.00 |
| Monogram Bank N America | 7100-000 | 25,455.00 | N/A | N/A | 0.00 |
| Rosemont Public Safety Dept. | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| Visa Credit Card Services | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| Home Depot Credit Services | 7100-000 | 2,938.42 | N/A | N/A | 0.00 |
| RMC Emergency Physicians | 7100-000 | 419.00 | N/A | N/A | 0.00 |
| Discover Fin | 7100-000 | 9,890.00 | N/A | N/A | 0.00 |
| Able Debt Settlement Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 14,867.00 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 15,304.75 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Cons Coop Cu | 7100-000 | 3,007.00 | N/A | N/A | 0.00 |
| Citi Cards | 7100-000 | 17,559.21 | N/A | N/A | 0.00 |
| Chase Cardmember Service | 7100-000 | 4,898.79 | N/A | N/A | 0.00 |
| Citibank | 7100-000 | 18,093.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 175,479.98 | 51,625.77 | 51,625.77 | 15,200.08 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06-04826  
**Case Name:** DE LA FUENTE, CARLOS  
FUENTE, MARIA LA  
**Period Ending:** 11/18/09

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 05/01/06 (f)  
**§341(a) Meeting Date:** 06/15/06  
**Claims Bar Date:** 08/22/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 6,000.00 | 0.00 | | 0.00 | FA |
| 3 | SECURITY DEPOSITS | 700.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 200.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 6 | PENSION PLANS AND PROFIT SHARING | 242,224.00 | 0.00 | | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES 1984 Isuzu | 200.00 | 0.00 | | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES 1994 Mitsubishi | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES 1995 Internationa | 4,000.00 | 2,310.00 | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES 2000 Honda | 5,000.00 | 0.00 | | 0.00 | FA |
| 11 | TRUSTEE AVOIDING POWER | Unknown | Unknown | | 25,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 160.26 | Unknown |
| 12 | Assets    Totals (Excluding unknown values) | **$259,534.00** | **$2,310.00** | | **$25,160.26** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE HAS UNCOVERED THE TRANSFER OF A PROPERTY TO A CHILD.   THE TRUSTEE  SETTLED THE MATTER. THE TRUSTEE IS EVALUATING TAX ISSUES.  THE TRUSTEE IS AWAITING TAX RETURNS.

**Initial Projected Date Of Final Report (TFR):**   August 31, 2008      **Current Projected Date Of Final Report (TFR):**   December 31, 2009

Printed: 11/18/2009 09:40 AM    V.11.53

Case 06-04826    Doc 63    Filed 11/18/09    Entered 11/18/09 09:48:22    Desc Main
Document      Page 8 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06-04826  
**Case Name:** DE LA FUENTE, CARLOS  
FUENTE, MARIA LA  
**Taxpayer ID #:** 13-7565395  
**Period Ending:** 11/18/09  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****19-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/02/07 | {11} | De La Fueanta | SALE OF REAL ESTATE | 1110-000 | 25,000.00 | | 25,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.12 | | 25,011.12 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.91 | | 25,024.03 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.25 | | 25,038.28 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.81 | | 25,052.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.48 | | 25,064.57 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.72 | | 25,079.29 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.04 | | 25,092.33 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 12.78 | | 25,105.11 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 11.47 | | 25,116.58 |
| 02/12/08 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-04826, Bond payment | 2300-000 | | 21.44 | 25,095.14 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 5.15 | | 25,100.29 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.66 | | 25,104.95 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.50 | | 25,108.45 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.14 | | 25,111.59 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,114.78 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.19 | | 25,117.97 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.98 | | 25,120.95 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.29 | | 25,124.24 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.74 | | 25,126.98 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.97 | | 25,128.95 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.78 | | 25,130.73 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 25,131.75 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.95 | | 25,132.70 |
| 03/04/09 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-04826 | 2300-000 | | 21.95 | 25,110.75 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,111.84 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.02 | | 25,112.86 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.99 | | 25,113.85 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 25,114.94 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.05 | | 25,115.99 |
| 08/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.88 | | 25,116.87 |
| 08/27/09 | | To Account #********1966 | TRANSFER TO CHECKING | 9999-000 | | 25,116.87 | 0.00 |

Subtotals :    $25,160.26    $25,160.26

{} Asset reference(s)                                                                                      Printed: 11/18/2009 09:40 AM    V.11.53

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 06-04826 | **Trustee:** | ILENE F. GOLDSTEIN (330290) | |
| **Case Name:** | DE LA FUENTE, CARLOS | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | FUENTE, MARIA LA | **Account:** | ***-*****19-65 - Money Market Account | |
| **Taxpayer ID #:** | 13-7565395 | **Blanket Bond:** | $3,000,000.00 (per case limit) | |
| **Period Ending:** | 11/18/09 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **25,160.26** | **25,160.26** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 25,116.87 | |
| | | | **Subtotal** | | **25,160.26** | **43.39** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,160.26** | **$43.39** | |

{} Asset reference(s)                                                                                       Printed: 11/18/2009 09:40 AM   V.11.53

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-04826 | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** DE LA FUENTE, CARLOS / FUENTE, MARIA LA | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Taxpayer ID #:** 13-7565395 | **Account:** \*\*\*-\*\*\*\*\*19-66 - Checking Account |
| **Period Ending:** 11/18/09 | **Blanket Bond:** $3,000,000.00 (per case limit) |
| | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/27/09 | | From Account #\*\*\*\*\*\*\*\*1965 | TRANSFER TO CHECKING | 9999-000 | 25,116.87 | | 25,116.87 |
| 09/02/09 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $3,265.72, Trustee Compensation; Reference: | 2100-000 | | 3,265.72 | 21,851.15 |
| 09/02/09 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $5,407.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,407.00 | 16,444.15 |
| 09/02/09 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $152.22, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 152.22 | 16,291.93 |
| 09/02/09 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $1,015.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,015.00 | 15,276.93 |
| 09/02/09 | 105 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $76.85, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 76.85 | 15,200.08 |
| 09/02/09 | 106 | Discover Bank/Discover Financial Services | Dividend paid 35.49% on $9,890.60; Claim# 1; Filed: $9,890.60; Reference: | 7100-000 | | 3,510.97 | 11,689.11 |
| 09/02/09 | 107 | Chase Bank | Dividend paid 35.49% on $17,679.82; Claim# 2; Filed: $17,679.82; Reference: | 7100-000 | | 6,276.00 | 5,413.11 |
| 09/02/09 | 108 | Chase Bank | Dividend paid 35.49% on $15,249.00; Claim# 3; Filed: $15,249.00; Reference: | 7100-000 | | 5,413.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,116.87 | 25,116.87 | **$0.00** |
| | | | Less: Bank Transfers | | 25,116.87 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 25,116.87 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$25,116.87** | |

| | |
|---|---|
| Net Receipts : | 25,160.26 |
| Net Estate : | $25,160.26 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*19-65 | 25,160.26 | 43.39 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*19-66 | 0.00 | 25,116.87 | 0.00 |
| | **$25,160.26** | **$25,160.26** | **$0.00** |

{} Asset reference(s)                                   Printed: 11/18/2009 09:40 AM    V.11.53